**Order entered January 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01413-CR

### ERIK JAMAL JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F11-63319-H

## ORDER

The Court **REINSTATES** the appeal.

On November 14, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On January 22, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the November 14, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

       /s/    LANA MYERS
             JUSTICE